# Court of Appeals
# of the State of Georgia

ATLANTA, December 20, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0631. RODNEY STALLINGS v. MEGGITT, INC. et al.

On November 6, 2012, Rodney Stallings filed a pro se direct appeal from a May 11, 2012, superior court order denying his appeal from the decision of the Appellate Division of the State Board of Workers' Compensation. Appellees have now filed a motion to dismiss the appeal.

This Court lacks jurisdiction over this appeal for two reasons. First, "[a]ppeals from decisions of the superior courts reviewing decisions of the State Board of Workers' Compensation" require an application for appeal. Compliance with the discretionary appeal procedure is jurisdictional. See OCGA § 5-6-35 (a) (1); *Adivari v. Sears*, 221 Ga. App. 279 (471 SE2d 59) (1996). Stallings's failure to follow the proper appellate procedure deprives us of jurisdiction over this appeal. Second, even if a direct appeal were permissible here, Stallings's appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order to be appealed, and the proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Stallings filed his notice of appeal six months after the order was entered.

For these reasons, the Appellees' motion to dismiss is hereby GRANTED and this appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/20/2012
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Hally K. O. Sparrow* , *Clerk.*